WALTER R. BALDING, Respondent, v. ANTONINO M. D'APRILE, Appellant.—

---

* Affd., 251 N. Y. —.

Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.